IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA BELL,<br><br>                  Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                  Defendants. | C.A. No. |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1331, 1441 and 1446, Defendant Barclays Bank Delaware ("Barclays"), by and through its attorneys, Ballard Spahr, hereby removes this action to the United States District Court for the District of Delaware, where there is a question of federal law at issue. Barclays respectfully states the following grounds for removing this action:

### RELEVANT FACTS

1. Barclays is a defendant in the civil action entitled *Debra Bell vs. Barclays Bank Delaware, et. al,* C.A. No. CPU4-24-007810, pending in the Court of Common Pleas of the State of Delaware, County of New Castle ("State Court Action").

2. Plaintiff Debra Bell ("Plaintiff") filed a Complaint on December 10, 2025, which was served on December 23, 2025. *See*, Complaint ("Compl." Exhibit A).

3. Plaintiff alleges claims against Barclays for violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* (the "FCRA") *See* Compl. ¶ 1.

4. As result of the alleged violations of the FCRA, Plaintiff demands judgement against Barclays, and co-defendant Experian, for actual damages, punitive damages, statutory

Unknown

damages, attorneys' fees, and costs. (Plaintiff's Complaint Prayer for Relief, p. 7).

5. As of January 22, 2026, no other pleadings or papers have been filed with the Court of Common Pleas of the State of Delaware, County of New Castle.

6. The United States District Court for the District of Delaware embraces the place where the State Court Action is pending.

## TIMELINESS OF REMOVAL

7. The Complaint was served on Barclays on December 23, 2025. This Notice of Removal is therefore timely because it was filed within 30 days of service on Barclays.

## THE COURT HAS SUBJECT MATTER JURISDICTION

8. Removal is proper under 28 U.S.C. § 1331, because the Plaintiff alleges, *inter alia*, federal claims against Barclays for violation of the FCRA.

9. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America such as the FCRA.

10. Removal of such cases is governed by 28 U.S.C. §§ 1331 and 1441(a). Section 1331 states, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, Section 1441(a) states any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

11. Plaintiff's causes of action for alleged violation of the FCRA, 15 U.S.C. § 1681 *et seq.*, "arises under" the laws of the United States. *See* 28 U.S.C. § 1331; 15 U.S.C. § 1681, *et seq.* Therefore, this Court may properly exercise jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

12. Defendant Experian Information Solutions, Inc., has not appeared in this action.

## REMOVAL IS PROPER

13. This action is currently pending in the Court of Common Pleas of the State of Delaware, County of New Castle and may be removed to the United States District Court for the District of Delaware. Accordingly, this case is properly removable as the requirements for federal question jurisdiction are satisfied.

14. Barclays reserves all rights, claims, and defenses relative to the action filed by Plaintiff and expressly does not waive any defense available in filing this notice.

15. Pursuant to 28 U.S.C. § 1446(d), Barclays will promptly serve this Notice of Removal upon all parties and shall promptly serve a copy thereof upon the clerk of the Court of Common Pleas of the State of Delaware, County of New Castle.

**WHEREFORE**, Defendants Barclays Bank Delaware respectfully requests that the matter designated by the Complaint be removed to the United States District Court for the District of Delaware and proceed before this Court as an action properly removed.

Dated: January 22, 2026                     BALLARD SPAHR LLP

*/s/ Alan C. Cardenas-Moreno*
Alan C. Cardenas-Moreno (No. 7174)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4465
cardenasmorenoa@ballardspahr.com

*Counsel for Barclays Bank Delaware*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was filed with The Court's ECF-Filing Portal on January 22, 2026 which will notify all counsel of record authorized to receive such filings. Additionally, a copy of same was sent, via overnight mail, to counsel for Plaintiff at the address of record:

Law Offices of Robert S. Gitmeid & Assoc., PLLC
Robert Wennemer, Esq.
3411 Silverside Rd., Ste. 104-233
Wilmington, DE 19810

                                                                           */s/ Alan C. Cardenas-Moreno*
                                                                          Alan C. Cardenas-Moreno (No. 7174)