Electronically Filed
12/10/2025 13:24:01
Clerk of Court

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

DEBRA BELL,

                Plaintiff,

    – against–

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

C.A. No.:   CPU4-25-007810

NON – ARBITRATION

**PRAECIPE AND SUMMONS REQUEST FOR
DEFENDANT BARCLAYS BANK DELAWARE**

TO:    Clerk of Court

        Please issue a Summons as to Defendant Barclays Bank Delaware in the above-captioned matter, a prepared copy of which is attached hereto. Additionally, Barclays Bank Delaware's address is as follows:

    Barclays Bank Delaware
    125 South West Street
    Wilmington, DE 19801

        The means of service for this matter will be via Special Process Server.

                      Respectfully submitted,

        Law Offices of Robert S. Gitmeid & Associates, PLLC

                  ***/s/ Mariellen C. Edinburg, Esq.***
              Mariellen C. Edinburg, Esquire (#6535)
                     3411 Silverside Road
                Baynard Building, Suite 104-233
                    Wilmington, DE 19810
            Email: Mariellen.E@gitmeidlaw.com
               *Attorney for Plaintiff Debra Bell*

# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

DEBRA BELL,

Plaintiff,

– against–

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

C.A. No.:   CPU4-25-007810

NON – ARBITRATION

## SUMMONS FOR BARCLAYS BANK DELAWARE

TO THE SPECIAL PROCESS SERVER: Please serve the above-named Defendant.

TO THE ABOVE-NAMED DEFENDANT: Within twenty (20) days after service of this Summons, excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the Clerk's Office of the Court of Common Pleas, New Castle County, at 500 N King Street, Wilmington, DE 19801, and must include proof that a copy of the Answer was served on the Plaintiff or her attorney, who is named at the bottom of this Summons. Failure to file an Answer denying the allegations will result in judgment against you and action may be taken by the Plaintiff or her attorney to satisfy the judgment.

Dated:    12/16/2025

*Casey Lyn Cutler*
Clerk of the Court
Court of Common Pleas, New Ca

Attorney's Name:    Mariellen C. Edinburg, Esq.
                    Bar ID No. 6535

2

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DEBRA BELL,

　　　　　　　　　　Plaintiff,

　　　– against–

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION SOLUTIONS, INC.,

　　　　　　　　　　Defendants.

C.A. No.:

NON – ARBITRATION

## COMPLAINT

Plaintiff, Debra Bell (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against the Defendants, Barclays Bank Delaware (hereinafter "Barclays") and Experian Information Solutions, Inc. (hereinafter "Experian") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter "FCRA") and other claims related to unlawful credit reporting practices.

## PARTIES

2. Plaintiff is an adult citizen of the State of Louisiana, domiciled in Maurepas, Livingston Parish County, Louisiana.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. Barclays is a national financial services company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2.

5. Barclays is qualified to do business in the State of Delaware and regularly conducts business in the State of Delaware.

6. Barclays maintains its principal office in the State of Delaware at 125 S West Street, Wilmington, DE 19801.

7. Experian is a corporation that engages in the business of maintaining and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f).

8. Experian is qualified to do business in the State of Delaware and maintains its principal office in the State of California. Experian regularly conducts business in the State of Delaware.

## JURISDICTION & VENUE

9. This Court has jurisdiction over this matter pursuant the Civil Rules Governing the Court of Common Pleas and all other statutes and provisions that vest jurisdiction and authority in the Court of Common Pleas. This Court has jurisdiction over both the parties and the subject matter of this action.

10. Jurisdiction is proper in this Court as, *inter alia*, the instant action alleges civil claims against Defendants that conduct business within the State of Delaware and the amount in controversy does not exceed $75,000.00.

11. Venue is proper in this Court as, *inter alia*, the claims asserted herein, or some part thereof, arose within New Castle County, Delaware, Defendants conduct business in New Castle County, Delaware, and Defendant Barclays's principal

2

place of business is in New Castle County, Delaware.

## **FACTUAL ALLEGATIONS**

12. Barclays issued a credit account ending in 4056 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

13. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1).

14. On or about August 24, 2020, Plaintiff and Barclays entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $6,647.00 to settle and close her Barclays account.

16. Plaintiff, via her debt settlement representative, timely made the requisite settlement payments. Proofs of Plaintiff's payments are attached hereto as **Exhibit B**.

17. However, nearly five years later, Plaintiff's Barclays account continued to be negatively reported on her credit report.

18. On a requested credit report dated March 27, 2025, Plaintiff's Barclays account was reported with a status of "Charge Off," a balance of $15,509.00, and an amount past due of $15,509.00. The relevant portion of Plaintiff's March 2025 credit report is attached hereto as **Exhibit C**.

3

19. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

20. On or about June 20, 2025, Plaintiff, via counsel, notified the national CRAs directly, including Experian, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Barclays account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit D**.

21. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Barclays to Experian via certified mail in accordance with 15 U.S.C. § 1681i.

22. In July 2025, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Barclays account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's July 2025 credit report is attached hereto as **Exhibit E**.

23. Upon information and belief, neither Experian nor any other CRA notified Barclays of the dispute by Plaintiff in accordance with the FCRA. Alternatively, Experian or another CRA did notify Barclays of Plaintiff's dispute but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the Barclays tradeline on Plaintiff's credit report.

24. If Defendants had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Barclays account would have been updated to reflect a settled status with a balance of $0.00.

25. Though Barclays has promised through its subscriber agreements and/or contracts to accurately update accounts, Barclays has willfully, maliciously,

recklessly, wantonly, and/or negligently failed to follow this requirement and the requirements set forth under the FCRA, which has resulted in the inaccurate credit information remaining on Plaintiff's credit report.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports concerning the Barclays account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment and under the direct supervision and control of the Defendants.

28. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

31. Barclays is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. §

1681s-2.

32. Barclays is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a.

33. Plaintiff notified the national CRAs directly, including Experian, of a dispute on the subject account's completeness and/or accuracy, as reported.

34. Upon information and belief, Barclays failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35. Barclays failed to promptly correct the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

36. Barclays failed to correct and update Plaintiff's credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

37. Experian failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute as required by 15 U.S.C. § 1681i(a).

38. Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit report, concerning the Barclays account at issue, thus violating 15 U.S.C. § 1681e(b).

39. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

40. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

3. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

4. That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

5. That the Court grant such other and further relief as may be just and proper.

Dated: December 10, 2025

Respectfully submitted,

Law Offices of Robert S. Gitmeid & Associates, PLLC

*/s/ Mariellen C. Edinburg, Esq.*
Mariellen C. Edinburg, Esquire (#6535)
3411 Silverside Road
Baynard Building, Suite 104-233
Wilmington, DE 19810
Email: Mariellen.E@gitmeidlaw.com
*Attorney for Plaintiff Debra Bell*

7

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

# EXHIBIT A

Card Services
P.O. Box 8833
Wilmington, DE 19899-8833

August 24, 2020

Account Ending In 4056

Debra Bell



**RE: SETTLEMENT AGREEMENT**

*Dear Debra Bell,*

*This confirms our August 24, 2020 discussion in which you agreed to a settlement offer on your Carnival MasterCard® account referenced above, for less than the full balance amount. We are pleased to be able to provide this opportunity for you to settle your account.*

**What You Need To Know**

*Your account has been closed and cannot be used.*

*The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It is important that you review the terms of the settlement outlined below.*

*The terms of this settlement are as follows:*

*As of the date of this letter, your account balance is 22,156.12. Upon receipt of 6,647.00, which is 30% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.*

*Payments under the terms of this settlement are as follows:*

*• 09/23/2020 $665.00*
*• 10/23/2020 $665.00*
*• 11/20/2020 $5,317.00*
*• Account is closed*
*• There may be tax consequences as disclosed below.*

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

# EXHIBIT B

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ▮▮▮▮ *4056 - FBO Debra Bell*

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32-75
1110

DATE
09/16/2020

0203619820

PAY
TO
THE
ORDER
OF

(SIX HUNDRED SIXTY-FIVE DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

AMOUNT

**\*\*$665.00**

Memo: Debra Bell

Void After 90 Days



THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

*Apply to account:* ████████ *4056 - FBO Debra Bell*

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32–75
1110

DATE
10/14/2020

0203669039

PAY
TO
THE
ORDER
OF

(SIX HUNDRED SIXTY-FIVE DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

AMOUNT

**$665.00

Memo: Debra Bell

Void After 90 Days

MP



**THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK**

**Apply to account:** ██████ 4056 - FBO Debra Bell

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32-75
1110

DATE
11/12/2020

0203718916

PAY
TO
THE
ORDER
OF

(FIVE THOUSAND, THREE HUNDRED SEVENTEEN DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

AMOUNT

**$5317.00

Memo: Debra Bell

Void After 90 Days

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

# EXHIBIT C

# Credit report

Provided by **EQUIFAX**

Report date: Mar 27, 2025



## Personal info

| Reported names | Debra Bell | Addresses | Date reported |
|---|---|---|---|
| DOB | ███ | | |
| SSN | ███ | | |
| Employment info | ███ | | |

## Account summary

## Accounts

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**BARCLAYS BANK DELAWA**
Reported: Mar 2, 2025

$15,509.00
Closed 

## Overview

You're currently using 49% of your account's limit.

Balance: $15,509.00

Credit limit: $31,400.00

## Payment history

You've made 27% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CC | CC | | | | | | | | | | |
| 2024 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2022 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2021 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2020 | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | CC | CC | CC | CC |
| 2019 | N/A | N/A | N/A | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | | | | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✓ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |

## Account details

| | |
|---|---|
| Account Number | ▮▮▮▮4056 |
| Account Status | Charge Off |
| Open Date | Jun 3, 2005 |
| Last Activity | Feb 2, 2025 |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/3 |
| Months Reviewed | 99 |
| Term Source Type | |
| High Balance | |
| High Credit | $31,400.00 |

**Creditor Information**

BARCLAYS BANK DELAWA

| | BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| | VS | Voluntary surrender | N/A | No data available | | |

Account ID: c95bd7bc308da2100eef9496638b2516

| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $15,509.00 |

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

# EXHIBIT D



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

June 20, 2025

**VIA CERTIFIED MAIL**
Transunion Consumer Solutions                    Equifax Information Services, LLC
P.O. Box 2000                                    P.O. Box 105139
Chester, PA 19016                                Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

Re:           Debra Bell
Creditor:     Barclays Bank Delaware
Account No.:  Ending in 4056
SSN:          Ending in ███
Address:      ████████████

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Debra Bell with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about August 24, 2020, Ms. Bell and Barclays Bank Delaware ("Barclays") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Ms. Bell was required to make monthly payments totaling $6,647.00 to settle and close her Barclays account. Ms. Bell, via her debt settlement representative, timely made the requisite settlement payments. Proofs of these payments are attached herein for your review.

However, nearly five years later, Ms. Bell's account continues to be negatively reported. In particular, on a requested credit report dated March 27, 2025, Ms. Bell's account was reported with a status of "CHARGE OFF", a balance of $15,509.00 and a past due balance of $15,509.00. The relevant portion of Ms. Bell's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137

Card Services
P.O. Box 8833
Wilmington, DE 19899-8833

August 24, 2020

Account Ending In 4056

Debra Bell



**RE: SETTLEMENT AGREEMENT**

*Dear Debra Bell,*

*This confirms our August 24, 2020 discussion in which you agreed to a settlement offer on your Carnival MasterCard® account referenced above, for less than the full balance amount. We are pleased to be able to provide this opportunity for you to settle your account.*

**What You Need To Know**

*Your account has been closed and cannot be used.*

*The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It is important that you review the terms of the settlement outlined below.*

*The terms of this settlement are as follows:*

*As of the date of this letter, your account balance is 22,156.12. Upon receipt of 6,647.00, which is 30% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.*

*Payments under the terms of this settlement are as follows:*

- *09/23/2020 $665.00*
- *10/23/2020 $665.00*
- *11/20/2020 $5,317.00*
- *Account is closed*
- *There may be tax consequences as disclosed below.*



THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ███████ *4056 - FBO Debra Bell*

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32–75
1110

DATE
09/16/2020

0203619820

PAY
TO
THE
ORDER
OF

(SIX HUNDRED SIXTY-FIVE DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

AMOUNT

\*\*$665.00

Memo: Debra Bell

Void After 90 Days

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ▮▮▮▮ 4056 - FBO Debra Bell

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32-75
1110

**DATE**
10/14/2020

0203669039

PAY
TO
THE
ORDER
OF

(SIX HUNDRED SIXTY-FIVE DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

**AMOUNT**

**\*\*$665.00**

Void After 90 Days ──── ·· ·    MP

**Memo:** Debra Bell



THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ▅▅▅▅ **4056 - FBO Debra Bell**

Global Holdings LLC Custodian
FBO Debra Bell
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

32-75
1110

DATE
11/12/2020

0203718916

PAY
TO
THE
ORDER
OF

(FIVE THOUSAND, THREE HUNDRED SEVENTEEN DOLLARS AND NO/100)

BARCLAYS BANK DELAWARE

AMOUNT

**\*\*$5317.00**

Memo: Debra Bell

Void After 90 Days

# Credit report

Provided by **EQUIFAX**

Report date: Mar 27, 2025



## Personal info

| Reported names | Debra Bell | Addresses | Date reported |
|---|---|---|---|
| DOB | ██████ | | |
| SSN | ██████ | | |
| Employment info | ██████ | | |

## Account summary

## Accounts

| BARCLAYS BANK DELAWA | $15,509.00 |
|---|---|
| Reported: Mar 2, 2025 | Closed |



## Overview

You're currently using 49% of your account's limit.

Balance: $15,509.00                          Credit limit: $31,400.00

## Payment history

You've made 27% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CC | CC |    |    |    |    |    |    |    |    |    |    |
| 2024 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2022 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2021 | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC | CC |
| 2020 | ✔ | ✔ | ✔ | 30 | 60 | 90 | 120 | 120 | CC | CC | CC | CC |
| 2019 | N/A | N/A | N/A | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 |    |    |    |    | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| ✔ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
|---|---|---|---|---|---|
|   |   | 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |

## Account details

| Account Number | 4056 |
|---|---|
| Account Status | Charge Off |
| Open Date | Jun 3, 2005 |
| Last Activity | Feb 2, 2025 |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/3 |
| Months Reviewed | 99 |
| Term Source Type |  |
| High Balance |  |
| High Credit | $31,400.00 |

**Creditor information**

BARCLAYS BANK DELAWA

| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

Account ID: c95bd7bc308da2100eef9496638b2516

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $15,509.00 |

Electronically Filed
12/10/2025 13:24:01
Clerk of Court

# EXHIBIT E

# Credit report

| TransUnion | Equifax | Experian | All bureaus |

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|

| Report date | Jul 30, 2025 | Jul 30, 2025 | Jul 30, 2025 |

## Personal info

| | TransUnion | Equifax | Experian |
|---|---|---|---|
| Reported names | Debra B Bell | Debra Bell | Debra Bell<br>Deborah Bell |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|





## Collections

It's important that you try your best not to fall behind on payments so your account doesn't get passed on to a collections agency. This usually drops your credit score significantly.

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total count | 3 | 2 | 3 |

| Hide Details ⊖ | May 1, 2025 | $0.00 BRCLYSBANKDE | | Jul 1, 2025 | $15,509.00 BARCLAYS BANK DELAWARE |
|---|---|---|---|---|---|

**Account details** (TransUnion)

| | |
|---|---|
| Account Number | ████XXXX |
| Date Opened | Jun 3, 2005 |
| Last Activity | May 1, 2025 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | Closed |
| Type | Individual |
| High Balance | $31,335.00 |
| Unpaid Balance | $0.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | Collection/Charge-off |

**Account details** (Experian)

| | |
|---|---|
| Account Number | ████XXXX |
| Date Opened | Jun 3, 2005 |
| Last Activity | Sep 1, 2020 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | Charge Off |
| Type | Individual |
| High Balance | |
| Unpaid Balance | $15,509.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | Collection/Charge-off |

**Comments** Settled - Less Than Full Balance

**Account details**

No History Is Available

**Collection agency**

BRCLYSBANKDE

Account ID: f7fc1f561011349b603b7d33460119b0

**Comments** Unpaid Balance Reported As A Loss By Credit Grantor, Account Closed At Credit Grantor's Request

**Account details**

You've Made 24% Of Payments For This Account On Time.

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| 2025 | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | | | | | |
| 2024 | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |
| 2023 | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |
| 2022 | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |
| 2021 | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |
| 2020 | Jan | Feb | Mar | Apr | May | Jun |
| | ✔ | ✔ | ✔ | 30 | 60 | 90 |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | 120 | 120 | CC | CC | CC | CC |
| 2019 | Jan | Feb | Mar | Apr | May | Jun |
| | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | Jan | Feb | Mar | Apr | May | Jun |
| | | | | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | ✔ | ✔ | ✔ | ✔ | ✔ |

| | |
|---|---|
| ✔ | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

Account ID: 23367991114d42621b0022a0acc4f13f