## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA BELL,<br><br>            Plaintiff,<br><br>     – against–<br><br>BARCLAYS BANK DELAWARE and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>            Defendants. | Case No.: 1:26-cv-00074-RGA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT BARCLAYS BANK DELAWARE ONLY** |

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Debra Bell, by and through the undersigned counsel, hereby voluntarily dismisses her claims with prejudice against Defendant Barclays Bank Delaware ("Barclays") *only*, with each party to bear its own costs and fees.

   Barclays has not served an answer or motion for summary judgment as of this time. Thank you for your time and attention to this matter.

   Dated: January 28, 2026

                                                            Respectfully submitted,

          **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                                                    */s/ Mariellen C. Edinburg, Esq.*
                                              Mariellen C. Edinburg, Esquire (#6535)
                                                                 3411 Silverside Road
                                                   Baynard Building, Suite 104-233
                                                                 Wilmington, DE 19810
                                                 Email: Mariellen.E@gitmeidlaw.com
                                                       *Attorney for Plaintiff Debra Bell*